# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Andrea Ulecka<br>        Michael Ulecka<br><br>                        Debtor(s)<br><br>MIDLAND MORTGAGE, its successors and/or assigns<br>                        Movant<br>        vs.<br><br>Andrea Ulecka<br>Michael Ulecka<br>                        Debtor(s)<br><br>Scott F. Waterman<br>                        Trustee | CHAPTER 13<br><br><br><br>NO. 18-16931 PMM<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Certification of Default of MIDLAND MORTGAGE, which was filed with the Court on or about **11/2/2021** at Document Number 62.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.
_____

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: 12/13/2021